# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **HERMAN PEOPLES** | ) |

## INFORMATION

**<u>COUNT ONE</u>:**   **[29 U.S.C. § 501(c)]**

The United States Attorney charges:

That beginning on or about the 3rd day of August, 2006, and continuing thereafter until on or about the 24th day of May, 2007, in Madison County, within the Northern District of Alabama, the defendant,

**HERMAN PEOPLES,**

while an officer, that is, the Financial Secretary of Security Police Fire Professionals of America International, Local Number 598, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use and the use of another the moneys and funds of said labor organization in the approximate amount of

$10,690, in violation of Title 29, United States Code, Section 501(c).

                                        JOYCE WHITE VANCE
                                        United States Attorney

                                        */s/ electronic signature*
                                        ANGELA REDMOND DEBRO
                                        Assistant United States Attorney